# EXHIBIT A

 Gmail     **Kelly Duda &lt;kellyduda8@gmail.com&gt;**

## FOIA Request - IC Starr - Tainted Blood/Cummins Prison, Arkansas

**Kelly Duda** &lt;kellyduda8@gmail.com&gt;     Wed, Apr 29, 2020 at 6:49 PM
To: specialaccess_foia@nara.gov

April 30, 2020

Special Access and FOIA Staff, Room 5500
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740

Re: Freedom of Information Act Request

Dear Staff:

This is a request under the Freedom of Information Act. I am requesting files from the Records of Independent Counsel Kennedy Starr, Robert Ray and Julie Thomas.

I am requesting that a copy of the file called "Tainted Blood/Cummins Prison, Arkansas" be provided to me. To assist in your search it is listed on p. 554 in the "District of Columbia manifest" finding aid reference, with the following information:

**Box ID:** 18 64-D C
**#of #:** 006 08
**Jurisdiction:** DC OFFICE
**Subject:** PLEADINGS FILE DOJ, WHITE HOUSE, PRESS/MEDIA
**Date:** 02/24/04
**6(E) Material:** -1
**Tax Returns:** 0
**Phone Records**: 0
**Attorney Work Product**: 0
**Box Contents:** 9. TAINTED BLOOD/CUMMINS PRISON, ARKANSAS

In order to help to determine my status to assess fees, you should know that I am a representative of the news media and a podcaster affiliated with Crooked Media and request a waiver of all fees for this request. In 2005, I produced a documentary on the subject of tainted blood being collected at Cummins Prison, in Arkansas, and I am researching additional information on this subject matter. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

I realize that that the original documents and reports were in hard copy form. I am requesting electronic copies in PDF format, preferably sent to this email.

Thank you for your consideration of this request.

Sincerely,

Kelly Duda
(501) 310-4843

735 North Sweetzer Ave. Suite 302

West Hollywood, California 90069