# EXHIBIT B

 Gmail                                                        Kelly Duda <kellyduda8@gmail.com>

# FOIA request ... (( 10/21/20 ))

**Kelly Duda** <kellyduda8@gmail.com>                                          Wed, Oct 21, 2020 at 10:18 AM
To: Special Access and FOIA e-mail <specialaccess_foia@nara.gov>
Cc: stephanie.coon@nara.gov

October 21, 2020

Special Access and FOIA Program (RF)
National Archives and Records Administration
specialaccess_foia@nara.gov

VIA EMAIL

**Re: Freedom of Information Act Request**

To Whom it May Concern:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, and is submitted to the National Archives and Records Administration ("NARA").

I am a representative of the news media and I am seeking the following specified records in connection with my forthcoming journalistic efforts. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

I am requesting certain files from the Records of Independent Counsel Kenneth Starr, Robert Ray, and Julie Thomas. Specifically, I am requesting access to and copies of the following files, as identified on the District of Columbia Office Manifest (https://www.archives.gov/files/research/investigations/starr-dc-manifest.pdf) and the Little Rock Office File Manifest (https://www.archives.gov/files/research/investigations/starr-little-rock-manifest.pdf):

| Box ID   | # of #  | Jurisdiction | Date       | Requested File(s) |
|----------|---------|--------------|------------|-------------------|
| 0050-DC  | 050/070 | DC           | 02/24/2000 | 2. 1221/OIC-1B-806 - BETSY WRIGHT - 2/23/96 - 1985 CAMPAIGN CONTRIBUTIONS RECORDS AND OTHER RECORDS TO INCLUDE 4/85 FUNDRAISER AND MADISON GUARANTY, CORRESPONDENCE TO AND FROM THE FEDERAL HOME LOAN BANK BOARD, STATEMENT OF SAM HEUER, DOCUMENTS RELATING TO ADFA, DOCUMENTS RELATED TO THE STATE BOND ISSUE IN THE ROSE LAW FIRM. |

| 1143-DC | 001/022 | DC | 01/24/2002 | 9. ADFA |
|---|---|---|---|---|
| 1566-DC | 017/083 | DC | 03/26/2003 | 4. 329 - 2/17/00 - HP - JOHN TISDALE (RE LEE COUNTY/ADFA) - DOCUMENTS RETAINED |
| 2204-DC | 006/112 | DC | 02/27/2004 | 5. ADFA-ADOC |
| 2218-DC | 020/112 | DC | 02/27/2004 | 1. ADFA<br><br>2. AR BUREAU OF CORRECTIONS |
| 0118-DC | 006/016 | DC | 11/23/1999 | 1. ARKANSAS STATE AGENCIES & BOARDS |
| 1553-DC | 004/083 | DC | 03/26/2003 | 14. 89 - 10/13/99 - 1092- HELENA CHEMICAL (WRIGHT LINDSEY ETC) - RETURNED 9/24 & 10/12/99<br><br>15. 90- 10/13/99- 1072- AR DIV FINANCE AUTH/BOARD OF CORR - RETURNED 9/28 & 10/12/99 |
| 1560-DC | 011/083 | DC | 03/26/2003 | 4. 251 - 2/3/00 - 1020 - ARKANSAS BOARD OF CORRECTIONS (2 VOLS) - DOCUMENTS RETAINED |
| 1619-DC | 070/083 | DC | 03/25/2003 | 2. 1277 - 5/17/00 - 1021 - AR DEPT. OF CORRECTIONS - RETURNED 4/17/01<br><br>3. 1278 - 5/17/00 - 903 - AR DEPT. OF CORRECTIONS - RETURNED 4/17/01 |
| 1571-DC | 022/083 | DC | 03/26/2003 | 1. 409 - 3/15/00 - TS068 - DEPARTMENT OF CORRECTIONS – DOCUMENTS RETAINED |
| 1551-DC | 002/083 | DC | 03/26/2003 | 19. 44 - 9/20/99 - 1071 - ARKANSAS DEPT OF CORRECTIONS – RETURNED 9/15/99 |

| 0620-LR | 001/001 | LR | NONE | 1. CORRESPONDENCE/E-MAILS/ MEMORANDA |
|---|---|---|---|---|
| | | | | 2. HANDWRITTEN AND TYPED NOTES. (UNIDENTIFIED AUTHOR) |
| | | | | 3. FBI FD-3025 (COPIES AND DRAFTS) |
| | | | | 5. CLINTON CAMPAIGN FUNDRAISER/CAMPAIGN CONTRIBUTIONS |
| | | | | 6. MGS&L/MFC/BANK OF CHERRY VALLEY- CAMPAIGN FUNDRAISER (SELECTED DOCS.) |
| | | | | 7. RESOURCE FILES: RAY H. DAWSON, ROBERT PALMER, CHARLES PEACOCK, R.D. RANDOLPH (INCLUDES HANDWRITTEN NOTES) |
| | | | | 8. SOUTHLOOP CONSTRUCTION CORP - $150,000 LOAN (9/4/94) |
| | | | | 9. ARKANSAS DEVELOPMENT FINANCE AUTHORITY (ADFA) – REGS |
| | | | | 10. MEDIA CLIPS/REPRINTS/RESEARCH |
| | | | | 11. WILLIAM J. CLINTON – CAMPAIGN CONTRIBUTION AND EXPENDITURE REPORTS |

Please provide electronic copies of these records in PDF format via email to kellyduda8@gmail.com. I am willing to pay up to $350.00 in duplication fees for this request. Please inform me in advance if fees will exceed that amount. If this request is denied in whole or in part, please justify all such denials by reference to specific exemptions and provide an explanation of why NARA "reasonably foresees that disclosure would harm an interest" protected by that exemption or why "disclosure is prohibited by law[.]" 5 U.S.C. §552(a)(8). Please also ensure all segregable portions of others exempt material are released.

If you have any questions regarding this request, please do not hesitate to contact me via email at kellyduda8@gmail.com. I look forward to your determination within 20 working days, as is required by law. Thank you in advance for your assistance.

Sincerely,

Kelly Duda
(501) 310-4843
735 N Sweetzer Ave, Suite 302
West Hollywood, California 90069


cc: Stephanie Coon stephanie.coon@nara.gov