UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KELLY DUDA, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) | Civil Action No. 20-3510 (DLF) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| *Defendant*. | ) ) | |

# FIRST JOINT STATUS REPORT

Defendant National Archives and Records Administration ("NARA"), and Plaintiff Kelly Duda ("Plaintiff" and, together with NARA, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's January 14, 2021 Minute Order.

1. On December 2, 2020, Plaintiff filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("Complaint" or "Compl."). ECF No. 1.

    a. Plaintiff's Complaint relates to two FOIA requests. The first request seeks one file from the records of Independent Counsels Kenneth Starr, Robert Ray and Julie Thomas, called "Tainted Blood/Cummins Prison, Arkansas." The second request seeks approximately 24 files from the records of Independent Counsels Kenneth Starr, Robert Ray and Julie Thomas. Compl. ¶¶ 7, 16; Exhibit A, B (ECF No. 1-1, 1-2).

    b. As of the filing of Plaintiff's Complaint, Defendant had not provided a determination with respect to Plaintiff's first request or second request, or released any records in response to his requests. Compl. ¶¶ 14, 21; Answer ¶¶ 14, 21.

2. On January 13, 2021, Defendant filed its Answer. ECF No. 6.

3. On January 14, 2021, this Court issued a Minute Order ordering the Parties to meet and confer and file a Joint Status Report on or before January 28, 2021, proposing a schedule for proceeding in this matter. The Court ordered further that the schedule should address the status of Plaintiff's FOIA requests, including the anticipated number of documents responsive to the requests and the anticipated date(s) for release of the requested documents.

4. The Parties subsequently met and conferred by email and report as follows:

a. With respect to the status of Plaintiff's FOIA requests, Defendant reports that the search for records responsive to the first request is complete. Defendant has also completed its searches for all but one of the requested folders for the second request.

b. With respect to the anticipated number of documents responsive to Plaintiff's FOIA requests, Defendant reports that it estimates that there are approximately 100 pages responsive to the first request and approximately 4,200 pages responsive to the second request. However, this page estimate for the second request does not include the page count for the folder that Defendant is still searching.

c. <u>Defendant's additional statement:</u> With respect to the anticipated date(s) for release of the documents requested by Plaintiff, Defendant reports that it cannot provide an estimated date of release at this time. The records requested by Plaintiff are paper archival records that are housed at NARA's College Park, Maryland facility. NARA's College Park facility is currently closed due to the local health conditions as a result of the ongoing COVID-19 pandemic. Because the records requested are archival paper records, each document within the requested files will have to be copied by hand and cannot be fed through a copying feeder. Copying cannot begin until the College Park facility has reopened. Additionally, all the employees for the office that

services the records requested are currently teleworking. Accordingly, Defendant is unable to copy or process any of the records at this time and unable to predict when staff will have access to the facility.

For its closed facilities, Defendant has implemented a three phased reopening plan that permits more access to the facility under each phase as local health conditions improve. Although it is unknown when local health conditions will allow Defendant's College Park facility to enter Phase 1 reopening, upon entering Phase 1 only 5 to 10 percent of staff may enter the building at one time and staff may not work more than 6 hours per day. In addition, staff will be limited to those who volunteer to return to work onsite. Defendant anticipates that once the records have been copied, it can review and process the records remotely. Overall, Defendant will have a better estimate of when it anticipates records can be released once the College Park facility reopens.

5. Defendant will immediately notify Plaintiff and the Court when the College Park facility enters Phase 1 reopening.

6. The Parties respectfully request that they provide a further status update to the Court on or before March 29, 2021, to further apprise the Court of their progress in this matter.

\*   \*   \*

Date: January 28, 2021                    Respectfully submitted,

                                                  MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/*Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*

*s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
Email: ktownsend@rcfp.org
Adam A. Marshall
D.C. Bar No. 1029423
Email: amarshall@rcfp.org
Gunita Singh
D.C. Bar No. 1601923
Email: gsingh@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Plaintiff*

4