UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KELLY DUDA, )
)
    *Plaintiff*, )
)
    v. ) Civil Action No. 20-3510 (DLF)
)
NATIONAL ARCHIVES AND )
RECORDS ADMINISTRATION, )
)
    *Defendant*. )
)

### [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Status Report, and the entire record herein, it is hereby

ORDERED that the Parties shall file a joint status report on March 29, 2021,

It is SO ORDERED this \_\_\_\_\_ day of _____, 2021.

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT COURT JUDGE