UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY DUDA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 20-3510 (DLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Patricia K. McBride as counsel for Defendant in the above captioned case substituting for Assistant United States Attorney Kristin Brudy-Everett.

Dated: June 29, 2021

                   Respectfully Submitted,

                   */s/ Patricia K. McBride*
                   Patricia K. McBride
                   Assistant United States Attorney
                   555 4th Street, N.W.
                   Washington, D.C. 20530
                   Tel: (202) 252-7123
                   Email: Patricia.McBride@usdoj.gov

                   *Counsel for the Defendant*