UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KELLY DUDA,

    *Plaintiff*,

v.

NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,

    *Defendant.*

Civil Action No. 20-3510 (DLF)

## FOURTEENTH JOINT STATUS REPORT

Defendant National Archives and Records Administration ("NARA"), and Plaintiff Kelly Duda ("Plaintiff" and, together with NARA, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's February 1, 2023 Minute Order, hereby notifying the Court as follows:[1]

1. This action stems from Plaintiff's two Freedom of Information Act ("FOIA") requests to Defendant, dated April 29, 2020 and October 21, 2020, that sought specific documents from the records of Independent Counsels Kenneth Starr, Robert Ray, and Julie Thomas. Compl. ¶¶ 7, 16, Exhibits A, B (ECF Nos. 1-1, 1-2).

3. The Parties have reached a settlement in principle to resolve this matter, but require additional time to finalize their agreement and obtain the necessary approvals. Accordingly, they respectfully propose that they provide a further status report to the Court on July 14, 2023, in the event that a dismissal has not been filed by that time.

Dated: June 26, 2023

---

[1] Plaintiff's counsel unsuccessfully attempted to file this status report on June 23, 2023, and is refiling on this date. Plaintiff's counsel apologies to the Court for the delayed filing.

Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      /s/
    PATRICIA K. MCBRIDE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-7123

*Attorneys for the United States of America*

*s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
Email: ktownsend@rcfp.org
Adam A. Marshall
D.C. Bar No. 1029423
Email: amarshall@rcfp.org
Gunita Singh
D.C. Bar No. 1601923
Email: gsingh@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Plaintiff*